| Attorney or Party without Attorney: | | For Court Use Only |
|---|---|---|
| Elena Gonzalez<br>BUREAU OF CONSUMER FINANCIAL PROTECTION<br>1700 G St NW<br>Washington, DC 20552<br>Telephone No: (202) 435-9318<br><br>Attorney For: Plaintiff | Ref. No. or File No.:<br>cfpb v. usasf | |
| Insert name of Court, and Judicial District and Branch Court:<br>In The United States District Court For The Northern District Of Georgia Atlanta Division | | |
| Plaintiff: CONSUMER FINANCIAL PROTECTION BUREAU<br>Defendant: USASF Servicing, LLC | | |

| PROOF OF SERVICE | Hearing Date: | Time: | Dept/Div: | Case Number:<br>1:23-cv-03433-VMC |
|---|---|---|---|---|

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the Summons in a Civil Action; Complaint; Proof of Service; Civil Cover Sheet; Notice of Confirmation of Electronic Filing-Complaint; Notice of Confirmation of Electronic Filing-Summons

3. a. Party served: USASF Servicing, LLC
   b. Person served: Jane Richardson, Intake Specialist, CT Corporation System, Registered Agent, authorized to accept served under F.R.C.P. Rule 4.

4. Address where the party was served: 289 S Culver St, Lawrenceville, GA 30046

5. I served the party:
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive process for the party (1) on: Thu, Aug 03 2023 (2) at: 02:17 PM

6. **Person Who Served Papers:**
   a. Craig Brazeman
   b. FIRST LEGAL
      3600 Lime Street, Suite 626
      RIVERSIDE, CA 92501
   c. (888) 599-5039

7. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

August 8 2023
(Date)                    (Signature)

PROOF OF SERVICE

9302503
(369731)