**COLE SCHOTZ P.C.**

RECEIVED IN CLERK'S OFFICE
U.S.D.C. Atlanta

SEP 1 1 2023

KEVIN P WEIMER, Clerk
By: _____ Deputy Clerk

Court Plaza North
25 Main Street
P.O. Box 800
Hackensack, NJ 07602-0800
201-489-3000   201-489-1536 fax

New York
—
Delaware
—
Maryland
—
Texas
—
Florida

David M. Bass
Member
Admitted in NY and NJ

Reply to New Jersey Office
Writer's Direct Line: 646.563.8932
Writer's Direct Fax: 646.521.2032
Writer's E-Mail: DBass@coleschotz.com

September 7, 2023

Clerk of the Court
United States District Court
For The Northern District of Georgia
Atlanta Division
Richard B. Russell Federal Building
& United States Courthouse
2211 United States Courthouse
75 Ted Turner Drive, SW
Atlanta, GA 30303-3309

Re: Consumer Financial Protection Bureau v. USASF Servicing, LLC Case No. 1:23-cv-03433: Suggestion of Bankruptcy

Dear Clerk:

I write on behalf of Defendant USASF Servicing, LLC (the "Debtor") to inform the Court overseeing the above-captioned matter that, on August 25, 2023, the Debtor filed a voluntary petition (the "Petition") for relief under Chapter 7 of Title 11 of the United States Code (the "Bankruptcy Code") in the United States Bankruptcy Court for the District of Delaware, Case Nos. 23-11252 (TMH) and 23-11251 (TMH).

Pursuant to 11 U.S.C. § 362, the commencement or continuation of certain judicial, administrative, or other actions or proceedings against the Debtor is stayed upon the filing of the Petition.

Please note that my office does not represent the Debtor in this lawsuit, and this letter is not intended as an appearance as counsel for the Debtor in this lawsuit. The purpose of this letter is merely to notify the Court and other parties of the Debtor's bankruptcy filing and the imposition of the automatic stay under the Bankruptcy Code.

Very truly yours,

/s/ David. M. Bass

David M. Bass

**coleschotz.com**

66030/0001-46067298v1

 COLE SCHOTZ P.C.

Clerk of the Court
September 7, 2023
Page 2

DMB

cc:

Consumer Financial Protection Bureau
Elena Gonzalez, Esq.
Joseph Sanders, Esq.
1700 G Street, NW
Washington, DC 20552

David M. Bass
COLE SCHO[TZ]
25 Main Street, P.O. Box 800, Hackensack, NJ

CERTIFIED MAIL

7022 3330 0000 5712 9747

WILMINGTON DE 197
SEP 2023

FIRST-CLASS

US POSTAGE PITNEY BOWES
ZIP 19801
02 7H
0006109607   $ 008.53⁰
SEP 07 2023

CLEARED
SEP 2023
U.S. Marshals Service
Atlanta, GA

CLEARED
SEP 11 2023
U.S. Marshals Service
Atlanta, GA

Clerk of the Court
United States District Court for the Northern
District of Georgia
Atlanta Division
Richard b. Russell Federal Building &
United States Courthouse
2211 United States Courthouse
75 Ted Turner Drive, SW
Atlanta, GA 30303-0309