# Attachment G

# Declaration of Dee Ann Foster

Declaration of Dee Ann Foster

Pursuant to 28 U.S.C. § 1746

I, Dee Ann Foster, hereby declare and state as follows:

1. I am a U.S. Citizen over the age of eighteen and reside in Lanett, Alabama.

2. I have personal knowledge of the following facts, to which I could and would testify to if I were called to testify as a witness.

3. In 2019, I bought a 2008 Ford Mustang GT from U.S. Auto with a loan from U.S. Auto. I bought the vehicle at their dealership in Columbus, Georgia. I was aware that U.S. Auto had installed an ignition kill switch and a late-payment alarm in my vehicle.

4. In or about May 2019, my husband and I traveled to Arkansas to support my brother who was going through a difficult period after our mother's death. My husband and I were driving home and stopped in a small town for dinner. When we returned to the car, the engine would not start. We were current on our payments, and the car did not emit a warning noise as it had done in the past when a payment was due within twenty-four hours.

5. I called my loan servicer USASF, and a representative informed me that they had activated the kill switch due to us not having insurance. I told them this was false, and that I had provided them with proof of insurance when I bought the car. Since the vehicle shutoff occurred around 5pm on a Friday, the representative told me they would not be able to remedy the situation since the people who could verify that I had insurance were gone for the weekend.

6. My husband and I had no money for a hotel room, so we slept in our car for three nights in this unfamiliar town in Arkansas. We had only budgeted for the gas money home, so we ate minimally during this time. We had to bathe at a truck stop. On Monday, USASF deactivated the kill switch, and they admitted they did indeed have our insurance on file. This ordeal was infuriating and embarrassing. It was also exhausting in the summer heat. The car was parked in a Burger King lot. I experienced added embarrassment when I had to explain the situation to the restaurant's manager to avoid being towed. We feared for our safety at night. My husband's health was adversely affected since he is a diabetic and was not able to properly eat and rest. On top of that, we had to

pay more for our dogs being boarded for the unplanned days away when we returned home to Alabama.

7. There were other instances when I was current on my payments and the car would not start due to the ignition kill switch being activated. Each time I would call USASF and be put on hold for about two hours. My husband was late for work at least six times due to this erroneous kill switch issue. We lived in LaGrange at the time, about an hour and fifteen minutes from his job as a truck driver for UPS Freight in Atlanta. Each time he was late, UPS would send out a replacement driver, so it was the same financial outcome for us as if he'd missed an entire day. Additionally, he had to suffer the embarrassment of telling his boss the reason for his car not starting was an ignition kill switch. If my husband did not have seniority of having worked there for thirty years, he would have lost his job over this tardiness. He made about $2,000 per week, so this kill switch problem lost us about $2,400 of his wages in total.

8. On another instance, the kill switch was wrongly activated while my husband was at work. He had just finished a long-haul job in Kentucky, so he was exhausted. I called USASF, but no one answered since it was after five o'clock. My husband had to sleep in his car in the employee parking lot that night. He called me and expressed his humiliation and anger. I was similarly furious. My husband was also unable to take his diabetes medication due to being stranded, which posed a serious health risk.

9. On at least seven separate occasions in 2020, when I was current on my payments, the late-payment alarm went off. I would have to turn the ignition six times to get the noise to stop. The erroneous alarms went off when I was at the grocery store, Walmart, and at work, to name a few places. These were distressing events to happen in public since the noise was loud enough for everyone in the parking lot to hear.

10. In 2021, I purchased a 2012 Kia Forte Coupe from U.S. Auto which had similar erroneous kill switch issues. These only ceased in the summer of 2023 when I was informed by Westlake Financial that they had taken over my loan and had not yet acquired the functionality to engage kill switches.

11. This ordeal caused my husband and me significant emotional and financial distress. I never received compensation from U.S. Auto for wrongfully activating the alarms or disabling the vehicles I purchased from them.

I declare under penalty of perjury that the foregoing is true and correct. Executed on Nov 1, 2023.

*Dee Ann Foster*

Dee Ann Foster

3