Attachment H

Declaration of Yami Roberts

Declaration of Yami Roberts

Pursuant to 28 U.S.C. § 1746

I, Yami Roberts, hereby declare and state as follows:

1. I am a U.S. Citizen over the age of eighteen and reside in Duluth, Gorgia.

2. I have personal knowledge of the following facts, to which I could and would testify to if I were called to testify as a witness.

3. In or about 2018, I bought a 2013 Kia Sorrento from U.S. Auto with a loan from U.S. Auto. I bought the vehicle at their dealership in Union City, Georgia.

4. On about three occasions in late 2018 and early 2019, while I was current on my payments, my car would not start due to the kill switch being engaged. I had three small children at the time who needed to be driven to school and daycare. I missed work. These shutoffs happened early in the morning before USASF was open, so I could not get anyone on the phone to help. I had to pay Uber, Lyft, and family members to drive my kids and me. I lost wages from missing work and about $500 in added childcare and driving expenses.

5. I would only be able to start my car later in the day after being on hold for close to an hour with USASF. It was stressful dealing with these shutoffs with small children, and humiliating to explain to family members why I needed their help.

6. On at least four occasions around mid-2020, all while I was current on my payments, the late-payment alarms went off in my car. It was a very loud alarm. Everyone within a hundred feet would be able to hear it. One time I was at the hospital with my son because he needed stitches. The alarm went off in the parking lot. I had to call and wait on hold with USASF for about an hour before they eventually shut it off. I was very stressed out to begin with from my son's condition, and the problem with the alarm made my stress even higher.

7. On another of these occasions, the alarm went off in the pick-up lane at my daughter's school. I was so humiliated because the other parents, the teachers, and my daughter and her classmates could hear the alarm. I was ashamed to give the impression that I did not pay my bills on time.

1

8. I never received compensation of any kind from USASF for these instances of erroneously disabling my car or setting off the late-payment alarm when I was current on my payments.

I declare under penalty of perjury that the foregoing is true and correct. Executed on Nov 15, 2023.

*Yami Roberts* (signed)

Yami Roberts

2