Attachment L

Declaration of Brittany Best

Declaration of Brittany Best

Pursuant to 28 U.S.C. § 1746

I, Brittany Best, hereby declare and state as follows:

1. I am a U.S. Citizen over the age of eighteen and reside in Covington, Georgia.

2. I have personal knowledge of the following facts, to which I could and would testify to if I were called to testify as a witness.

3. In or about November 2017, I bought a 2014 Nissan Sentra from U.S. Auto with a loan from U.S. Auto. I bought the vehicle at their dealership in Athens, Georgia. I was aware that U.S. Auto had installed an ignition kill switch and a late-payment alarm in my vehicle. The dealer gave me a one-time-use small remote they said could be used to disable the ignition kill switch if it was triggered due to late payment.

4. On at least a dozen occasions in 2020, the late-payment alarm went off when I was current on my payments. On several of these instances, the alarm would go off in the parking lot of the Ingles Market grocery store where I worked. I would have to call USASF and wait on hold before their representative could shut off the alarm. These were not only stressful, but also extremely embarrassing events because I would get the feeling that my coworkers and others who could hear the noise would be judging me thinking I did not pay my bills on time. When the alarm would go off when I was giving a ride to friends or my mom and sister, I felt ashamed to have to explain that the alarm was not my fault.

5. Around the fall of 2022 at around nine o'clock at night, while I was current on payments, my car would not start in the parking lot of the Publix supermarket where I worked in the pharmacy department. I called USASF but could not reach anyone since they were closed. I had just moved in with my fiancé, and I called him crying, telling him I did not know what to do. I called my brother-in-law who also bought a car from U.S. Auto. He suggested I use the one-time-use remote, even though it was meant to be used when the car was turned off due to late payment. I was able to use the remote to deactivate the kill switch after being stuck for nearly an hour.

6. I have anxiety to begin with, and this event caused me to have a mental breakdown. I had to reach out to my doctor's office to let them know what had happened. I had my anxiety

1

medication increased because of this incident. I was by myself in a dark parking lot in a rough part of town. I knew that there had been murders in that lot. They had found a young girl dead in her car in the same lot.

7. This ordeal caused me significant emotional distress. I never received compensation from USASF for wrongfully activating the alarms or disabling the vehicle I purchased from them.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 11 14, 2023.

*[signature]*

Brittany Best