Attachment S-1

Civil Investigative Demand (CID)

PROVISIONALLY SEALED