Attachment S-2

Defendant's Response to CID

PROVISIONALLY SEALED