Attachment S-3

Hearing Transcript Excerpts

PROVISIONALLY SEALED