# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| CONSUMER FINANCIAL PROTECTION BUREAU,<br><br>　　　Plaintiff,<br><br>v.<br><br>USASF SERVICING, LLC,<br><br>　　　Defendant. | Civil Action No.<br>1:23-cv-03433-VMC |

## JUDGMENT

The Court having granted Plaintiff's Motion for Default Judgment (Doc. 12), it is hereby **ORDERED, ADJUDGED, AND DECREED** that judgment is entered in favor of Plaintiff and against Defendant in the following amounts:

- Compensatory Damages: $25,519,366;

- Restitution: $5,833,966, plus prejudgment interest on that amount of $1,274,357, for a total of $7,108,323; and

- Civil Penalty: $10,000,000.

It is **FURTHER ORDERED, ADJUDGED, AND DECREED** that Defendant is **PERMANANTLY ENJOINED** from committing future violations of the Consumer Financial Protection Act (CFPA), 12 U.S.C. § 5481 et seq.

**SO ORDERED** this 26th day of November, 2024.

_____
Victoria Marie Calvert
United States District Judge